# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNA ROSE, | ) Case No.: CV 18-3627-DMG (PLAx) |
| Plaintiff, | ) **ORDER [19]** |
| v. | ) |
| FINANCIAL RECOVERY SERVICE INC.., | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

DATE: September 11, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE